CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

JUN 1 0 2013

JULIA C. DUDLEY CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| CLAYTON WATERS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 4:12-cv-00023 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CAROLYN W. COLVIN, | ) | By: Hon. Jackson L. Kiser |
| Commissioner of Social Security, | ) | Senior United States District Judge |
| | ) | |
| Defendant. | ) | |

Before me is the *Report and Recommendation* of the United States Magistrate Judge recommending an Order be entered GRANTING the Commissioner's motion for summary judgment, AFFIRMING the Commissioner's final decision, and DISMISSING this case from the docket of the court [ECF No. 18].  This *Report* was filed on May 15, 2013, from which date the parties had fourteen (14) days to file objections.  No objections were filed.  Accordingly, it is this day **ADJUDGED** and **ORDERED** that the *Report and Recommendation* shall be, and hereby is, **ADOPTED** in its entirety.  The Commissioner's Motion for Summary Judgment is **GRANTED,** Plaintiff's Motion for Summary Judgment is **DENIED,** the final judgment is **AFFIRMED,** and the Clerk is directed to **DISMISS** this case from the docket.

The Clerk is directed to send a copy of this Order to all counsel of record as well as to Magistrate Judge Crigler.

ENTERED this 10th day of June, 2013.

SENIOR UNITED STATES DISTRICT JUDGE